for failure to prosecute in accordance with the rules.

**INFORMATION SYSTEMS & NET-WORKS CORPORATION,**
Plaintiff–Appellant,

**Michael D. REED, Petitioner,**

v.

v.

**UNITED STATES, Defendant–Appellee.**

**UNITED STATES POSTAL SERVICE,**
Respondent.

No. 05–5124.

No. 06–3017.

United States Court of Appeals,
Federal Circuit.

United States Court of Appeals,
Federal Circuit.

Nov. 17, 2005.

Nov. 17, 2005.

### ORDER

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

Upon consideration of Information Systems & Networks Corporation's unopposed motion to voluntarily dismiss its appeal (COFC no. 04–385),

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.